UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ANDERSON, | No. 2:99-cv-01821 GEB DAD P |
| Petitioner, | |
| v. | ORDER |
| LARRY SMALL, et al., | |
| Respondents. | |

This petition for writ of habeas corpus was dismissed back on July 16, 2003. On November 1, 2013, petitioner filed a document directed to the Clerk of the Court, Chief Deputy of the Court, and Senior District Judges Lawrence Karlton and Thelton Henderson. Therein petitioner argues that he should be released from custody based on his age, physical disabilities, and already lengthy period of imprisonment. Documents filed by petitioner since the closing date of this federal habeas action will be disregarded and no orders will issue in response to future filings.

Dated: November 8, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ande1821.158

1